AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*Northern* _____ District of *Georgia*

Robert Oratwa, Individually as sole
beneficiary of Jean-Marie Oratwa, and the
Estate of Jean-Marie Oratwa, by and through Robert
Oratwa, as the executor of the estate of
Jean-Marie Oratwa
Plaintiffs,

v.

The Standard Insurance Company
and Fisher & Phillips LLP,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 1:08-CV-1734

TO: (Name and address of Defendant)

The Standard Insurance Company c/o
Registered Agent Cole W. Morris,
ct corporation,
1201 Peachtree Street,
Atlanta, GA 30361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Anthony Collins, Jr.
Daniel J. Hoppe, Jr.
Hoppe, Collins & Ojeda
2018 Powers Ferry Road
Suite 800
Atlanta GA 30339
678-370-0671

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**JAMES N. HATTEN** _____

CLERK _____

(By) DEPUTY CLERK

MAY 1 3 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                    *Signature of Server*


                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*Northern*    District of    *Georgia*

*Robert Oratwa Individually, as sole
beneficiary of Jean-Marie Oratwa and The
Estate of Jean-Marie Oratwa by and through Robert
Oratwa, as the executor of the estate of
Jean-Marie Oratwa*
V.
*Plaintiffs,*

**SUMMONS IN A CIVIL ACTION**

*The Standard Insurance Company
and Fisher & Phillips, L.L.P.
Defendants,*

CASE NUMBER:

**1:08-CV-1734**

TO: (Name and address of Defendant)
*Fisher & Phillips L.L.P. c/o
Registered Agent, Roger Quillen,
945 East Paces Ferry Road
Atlanta, GA 30326*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*W. Anthony Collins Jr.
Daniel J. Hoppe, Jr.
Hoppe, Collins & Ojedo
2018 Powers Ferry Road,
Suite 800
Atlanta, GA 30339
678-370-0071*

an answer to the complaint which is served on you with this summons, within _____*20*_____ days after service of this summons on you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

**MAY 1 3 2008**

DATE

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0 00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____      _____
                  Date                  *Signature of Server*


                                   _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure