# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the executor of the estate of Jean-Marie Dratwa,<br><br>      Plaintiffs,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P.,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:08-CV-1734 |

## JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Plaintiffs and Defendants The Standard Insurance Company ("Standard") and Fisher & Phillips, L.L.P. (collectively, the "Parties") jointly move for an order to revise the deadline for Standard and Fisher & Phillips, L.L.P. (the "Defendants") to file a response to the Complaint based on the following grounds:

1. Under Federal Rule of Civil Procedure 12, the Defendants' response to the Complaint is currently due on June 2, 2008.

ATI-2325010v1

- 1 -

2.  Counsel for Standard was only recently retained.

3.  As a result, Counsel for Standard has not had an opportunity to conduct any preliminary fact-finding investigations in this matter.

4.  Accordingly, the Parties agree that the Defendants should be permitted to file a response to the Complaint by June 30, 2008.

5.  The Parties, therefore, agree to hold an early planning conference pursuant to Federal Rule of Civil Procedure 16(f) and Local Rule 16.1 on or before July 16, 2008.

A proposed consent order is attached.

Dated: June 2, 2008

/s/ Daniel J. Hoppe, Jr. (w/ permission)
Daniel J. Hoppe, Jr.
(Ga. Bar No. 366746)
W. Anthony Collins, Jr.
(Ga. Bar No. 141712)
HOPPE, COLLINS & OJEDA
2018 Powers Ferry Road
Suite 800
Parkwood Point
Atlanta, GA 30339
Telephone: (678) 370-0071
Facsimile: (770) 984-0098
Attorneys for Plaintiffs

/s/ Nicolette J. Lee
Nicolette J. Lee
(Ga. Bar No. 330210)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Attorney for Defendant,
The Standard Insurance Company

/s/ Donald B. Harden (w/ permission)
Donald B. Harden
Ga. Bar No. 324500
FISHER & PHILLIPS, L.L.P.
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326
Telephone: (404) 240-4270
Facsimile: (404) 240-4249
Attorney for Defendant,
Fisher & Phillips, L.L.P.