IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the executor of the estate of Jean-Marie Dratwa,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:08-CV-1734 |

## CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

It appearing to the Court that Plaintiffs and Defendants The Standard Insurance Company and Fisher & Phillips, L.L.P. (the "Defendants") consent hereto, the court GRANTS the Joint Motion to Extend the Deadline to Respond to the Complaint.

IT IS HEREBY ORDERED that:

The Defendants shall have until June 30, 2008 to respond to the Complaint.

IT IS SO ORDERED, this ____ day of _____, 2008.

_____
Marvin H. Shoob
UNITED STATES DISTRICT JUDGE