**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the executor of the estate of Jean-Marie Dratwa, | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:08-CV-1734 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

It appearing to the Court that Plaintiffs and Defendants The Standard Insurance Company and Fisher & Phillips, L.L.P. (the "Defendants") consent hereto, the court GRANTS the Joint Motion to Extend the Deadline to Respond to the Complaint.

IT IS HEREBY ORDERED that:

The Defendants shall have until June 30, 2008 to respond to the Complaint.

ATI-2325010v1

- 4 -

IT IS SO ORDERED, this _2_ day of _____June_____, 2008.

_____
Marvin H. Shoob
UNITED STATES DISTRICT JUDGE