# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the executor of the estate of Jean-Marie Dratwa, <br><br> Plaintiffs, <br><br> v. <br><br> THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. <br> 1:08-CV-1734 |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.1D(1), Northern District of Georgia, DONALD B. HARDEN enters his appearance as counsel of record for Defendant Fisher & Phillips LLP.

This 3rd day of June 2008.

/s/ Donald B. Harden
Donald B. Harden
Georgia Bar No. 324500
dharden@laborlawyers.com

ATI-2325010v1

- 1 -

FISHER & PHILLIPS LLP
945 East Paces Ferry Road
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400

Attorney for Defendant
Fisher & Phillips LLP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the executor of the estate of Jean-Marie Dratwa, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CIVIL ACTION NO. 1:08-CV-1734 |

## CERTIFICATE OF SERVICE

I certify that, on June 3, 2008, I electronically filed **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

　　　　　　　　Daniel J. Hoppe, Jr.
　　　　　　　　W. Anthony Collins, Jr.
　　　　　　　　Hoppe, Collins & Ojeda

- 4 -

       2018 Powers Ferry Road, Suite 800
       Atlanta, Georgia 30339

I further certify that on June 3, 2008, I served via e-mail the following attorney of record:

       Nicolette J. Lee
       Jones Day
       1420 Peachtree Street, NE, Suite 800
       Atlanta, Georgia 30309

                    <u>s/Donald B. Harden</u>
                    Donald B. Harden
                    Georgia Bar No. 324500