IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the executor of the estate of Jean-Marie Dratwa,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P.,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:08-CV-1734 |

## NOTICE OF APPEARANCE FOR NICOLETTE J. LEE

Nicolette J. Lee hereby enters this Notice of Appearance as counsel for Defendant The Standard Insurance Company.

ATI-2326043v1

- 2 -

Dated:  June 4, 2008

      /s/ Nicolette J. Lee
---
Nicolette J. Lee
(Ga. Bar No. 330210)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:  (404) 521-3939
Facsimile:   (404) 581-8330
E-mail:  nlee@jonesday.com
Attorney for Defendant,
The Standard Insurance Company

- 2 -

ATI-2326043v1

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing NOTICE OF APPEARANCE FOR NICOLETTE J. LEE was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to the following counsel of record:

Daniel J. Hoppe, Jr.
(Ga. Bar No. 366746)
W. Anthony Collins, Jr.
(Ga. Bar No. 141712)
HOPPE, COLLINS & OJEDA
2018 Powers Ferry Road
Suite 800
Parkwood Point
Atlanta, GA  30339
E-mail:  hoppe@hcolegal.com
E-mail:  collins@hcolegal.com

Donald B. Harden
(Ga. Bar No. 324500)
FISHER & PHILLIPS, L.L.P.
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA  30326
E-mail:  dharden@laborlawyers.com

This 4th day of June, 2008.

      /s/ Nicolette J. Lee
      Attorney for Defendant,
      The Standard Insurance Company

ATI-2326043v1