# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the administrator of the estate of Jean-Marie Dratwa,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:08-CV-1734 |

## SECOND JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT

Plaintiffs and Defendants The Standard Insurance Company ("Standard") and Fisher & Phillips, L.L.P. (collectively, the "Parties") jointly move for an order to revise the deadline for Standard and Fisher & Phillips, L.L.P. (the "Defendants") to file a response to the Amended Complaint based on the following grounds:

ATI-2325010v2

- 1 -

1. Under the Consent Order Extending the Deadline to Respond to the Complaint, entered on June 2, 2008, the deadline for Defendants to respond to the Complaint was extended to June 30, 2008.

2. Plaintiffs filed an Amended Complaint on June 19, 2008. At present, Defendants must respond to the Amended Complaint by June 30, 2008.

3. The Parties have agreed to conduct a phone mediation in an attempt to resolve the issues in this case but have not yet had time to conduct the mediation.

4. Accordingly, the Parties agree that the Defendants should be permitted to file a response to the Amended Complaint by July 31, 2008.

5. The Parties, therefore, agree to hold an early planning conference pursuant to Federal Rule of Civil Procedure 16(f) and Local Rule 16.1 on or before August 19, 2008.

A proposed consent order is attached.

Dated:  June 26, 2008

| /s/ Daniel J. Hoppe, Jr. (w/ permission) | /s/ Nicolette J. Lee |
|---|---|
| Daniel J. Hoppe, Jr. | Katherine S. Ritchey |
| (Ga. Bar No. 366746) | (Cal. Bar No. 178409) |
| W. Anthony Collins, Jr. | JONES DAY |
| (Ga. Bar No. 141712) | 555 California Street, 26th Floor |
| HOPPE, COLLINS & OJEDA | San Francisco, CA  94104 |
| 2018 Powers Ferry Road | Telephone:  (415) 626-3939 |
| Suite 800 | Facsimile:   (415) 875-5700 |
| Parkwood Point | |
| Atlanta, GA  30339 | Nicolette J. Lee |
| Telephone:  (678) 370-0071 | (Ga. Bar No. 330210) |
| Facsimile:   (770) 984-0098 | JONES DAY |
| E-mail:  hoppe@hcolegal.com | 1420 Peachtree Street, N.E., Suite 800 |
| E-mail:  collins@hcolegal.com | Atlanta, GA  30309-3053 |
| Attorneys for Plaintiffs | Telephone:  (404) 521-3939 |
| | Facsimile:   (404) 581-8330 |
| | E-mail:  nlee@jonesday.com |
| | Attorneys for Defendant, |
| | The Standard Insurance Company |

/s/ Donald B. Harden (w/ permission)
Donald B. Harden
(Ga. Bar No. 324500)
FISHER & PHILLIPS, L.L.P.
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA  30326
Telephone:  (404) 240-4270
Facsimile:   (404) 240-4249
E-mail:  dharden@laborlawyers.com
Attorney for Defendant,
Fisher & Phillips, L.L.P.