- 4 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the administrator of the estate of Jean-Marie Dratwa,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P.,<br><br>Defendants. | CIVIL ACTION NO. 1:08-CV-1734 |

## SECOND CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT

It appearing to the Court that Plaintiffs and Defendants The Standard Insurance Company and Fisher & Phillips, L.L.P. (the "Defendants") consent hereto, the court GRANTS the Second Joint Motion to Extend the Deadline to Respond to the Amended Complaint.

IT IS HEREBY ORDERED that:

- 5 -

The Defendants shall have until July 31, 2008 to respond to the Amended Complaint.

        IT IS SO ORDERED, this \_\_\_\_ day of _____, 2008.

        _____
        Marvin H. Shoob
        UNITED STATES DISTRICT JUDGE