## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROBERT DRATWA, individually as sole beneficiary of Jean-Marie Dratwa and THE ESTATE OF JEAN-MARIE DRATWA, by and through ROBERT DRATWA, as the administrator of the estate of Jean-Marie Dratwa,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY and FISHER & PHILLIPS, L.L.P.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:08-CV-1734 |

## SECOND CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT

It appearing to the Court that Plaintiffs and Defendants The Standard Insurance Company and Fisher & Phillips, L.L.P. (the "Defendants") consent hereto, the court GRANTS the Second Joint Motion to Extend the Deadline to Respond to the Amended Complaint.

IT IS HEREBY ORDERED that:

ATI-2325010v2

- 4 -

The Defendants shall have until July 31, 2008 to respond to the Amended Complaint.

IT IS SO ORDERED, this 30th day of June, 2008.

_____
Marvin H. Shoob
UNITED STATES DISTRICT JUDGE

ATI-2325010v2

- 5 -