UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT DRATWA, individually as :
sole beneficiary of Jean-Marie
Dratwa, et al., :

    Plaintiffs, :

                                     CIVIL ACTION NO.

v. :

                                     1:08-CV-1734-MHS

THE STANDARD INSURANCE :
COMPANY, et al.,
                               :

    Defendants.

## ORDER

The Court has been informed that the parties have reached an agreement to settle this case. Accordingly, this action is hereby DISMISSED WITH PREJUDICE subject to the right of any party to reopen the case within sixty (60) days of the date of entry of this order if the settlement is not consummated.

IT IS SO ORDERED, this 31 day of July, 2008.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)